**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 325
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 920-8112
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DESTINIE MULLEN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>NUGENT, LLC, a Nevada limited liability company d/b/a GREAT CLIPS, DOES I -X; and ROE CORPORATIONS I -X.<br><br>Defendant. | **CASE NO.: 2:19-cv-01109-GMN-GWF**<br><br>**STIPULATION AND ORDER EXTEND REMAINING DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

The parties, Plaintiff DESTINIE MULLEN ("**Plaintiff**") and Defendant NUGENT, LLC, a Nevada limited liability company d/b/a GREAT CLIPS ("**Defendant**"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

1.  That the close of Discovery currently set for July 26, 2020, be extended by a period of sixty (60) days, and become due on September 24, 2020 or as soon thereafter as the Court may allow;

2.  That all other outstanding discovery deadlines be extended sixty (60) days;

3.  That the Parties exchanged Initial Disclosures and written discovery requests;

Page **1** of **3**

4. That the Parties exchanged responses to the written discovery request;

5. That the Parties discussed Defendant amending their discovery responses;

6. That Defendant agreed to amend their discovery responses;

7. That Plaintiff's counsel and Defendants' counsel have been in contact regarding the suitability of extending discovery in this matter based upon the limitations imposed on all counsel and parties due to COVID-19 pandemic resurging as well as delays in amending discovery responses, which are needed before any meaningful depositions can take place. Both Plaintiff's and Defendant's counsel agree that an extension of the remaining discovery deadlines is warranted for this matter to be fully litigated on the merits and an extension is in the best interests of both the Parties and the Court; and

8. That the Parties have the following depositions outstanding: Plaintiff, Person Most Knowledgeable for Defendant. The Parties have not taken those depositions because the Parties would prefer to complete the exchange of written discovery. Without a complete exchange of written discovery, the deposition will not be as meaningful.

9. That good cause exists for the request for the Discovery deadline to be extended until September 24, 2020 for the above-specified reasons.

10. All parties believe the requested extension is warranted under the current circumstances and will not result in undue delay in the administration of this cause.

/ / /

/ / /

/ / /

/ / /

/ / /

11. This is the first request for an extension of the Scheduling Order in this matter and is made in compliance with Local Rule 26.3.

Dated this 10th day of July, 2020.

**HKM Employment Attorneys LLP**

*/s/ Jenny L. Foley*
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave., Suite 300
Las Vegas, Nevada 89104
*Attorney for Plaintiff*

Dated this 10th day of July, 2020.

**TCM Law Firm**

*/s/ Thomas C. Michaelides*
Thomas C. Michaelides, Esq.
Nevada Bar No. 5425
1614 South Maryland Parkwa
Las Vegas, Nevada 89104
*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 13, 2020