**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 325
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 920-8112
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DESTINIE MULLEN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>NUGENT, LLC, a Nevada limited liability company d/b/a GREAT CLIPS, DOES I -X; and ROE CORPORATIONS I -X.<br><br>Defendant. | CASE NO.: 2:19-cv-01109-GMN-GWF<br><br>**STIPULATION AND ORDER EXTEND REMAINING DISCOVERY DEADLINES**<br><br>**(SECOND REQUEST)** |

The parties, Plaintiff DESTINIE MULLEN ("**Plaintiff**") and Defendant NUGENT, LLC, a Nevada limited liability company d/b/a GREAT CLIPS ("**Defendant**"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

1.   That the close of Discovery currently set for September 24, 2020, be extended by a period of sixty (60) days, and become due on November 24, 2020 or as soon thereafter as the Court may allow;

2.   That all other discovery deadlines be extended sixty (60) days;

3.   That the Parties exchanged Initial Disclosures and written discovery requests;

Page **1** of **3**

4. That the Parties exchanged responses to the written discovery request;

5. That the Parties discussed Defendant amending their discovery responses and amended responses are anticipated to be forthcoming shortly.

6. Plaintiff's counsel was recently informed that a member of Defendant's law firm has been diagnosed as having the Novel Coronavirus, which has necessitated Defendant's firm to take precautionary measures. It is anticipated that the affected person will likely be unable to work for at least 30 days. In turn, this has resulted in the necessity for additional time for case handling, and

7. That Plaintiff's counsel and Defendants' counsel have been in contact regarding the suitability of extending discovery in this matter based upon the limitations imposed on all counsel and parties due to COVID-19 pandemic resurging as well as delays in amending discovery responses, which are needed before any meaningful depositions can take place. Both Plaintiff's and Defendant's counsel agree that an extension of the remaining discovery deadlines is warranted for this matter to be fully litigated on the merits and an extension is in the best interests of both the Parties and the Court;

8. That the Parties have the following depositions outstanding: Plaintiff and Person Most Knowledgeable for Defendant. The Parties have not taken those depositions because the Parties would prefer to complete the exchange of written discovery before taking depositions. Without a complete exchange of written discovery, the deposition will not be as meaningful.

9. The parties are hopeful that with the additional time, that a resolution may be reached after the amended responses are provided.

10. That good cause exists for the request for the Discovery deadline to be extended until November 24, 2020 for the above-specified reasons.

11.     All parties believe the requested extension is warranted under the current circumstances and will not result in undue delay in the administration of this cause.

12.     This is the second request for an extension of the Scheduling Order in this matter and is made in compliance with Local Rule 26.3.

| Dated this 13th day of August, 2020. | Dated this 13th day of August, 2020. |
|---|---|

**HKM Employment Attorneys LLP**   **TCM Law Firm**

*/s/ Jenny L. Foley*                               */s/ Thomas C. Michaelides*
Jenny L. Foley, Ph.D., Esq.             Thomas C. Michaelides, Esq.
Nevada Bar No. 9017                     Nevada Bar No. 5425
1785 East Sahara Ave., Suite 300        1614 South Maryland Parkwa
Las Vegas, Nevada 89104                 Las Vegas, Nevada 89104
*Attorney for Plaintiff*                *Attorney for Defendant*

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  August 13, 2020