**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 325
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| DESTINIE MULLEN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>NUGENT, LLC, a Nevada limited liability company d/b/a GREAT CLIPS, DOES I -X; and ROE CORPORATIONS I -X.<br><br>Defendant. | **CASE NO.: 2:19-cv-01109-GMN-GWF**<br><br>**STIPULATION AND ORDER EXTEND REMAINING DISCOVERY DEADLINES**<br><br>**(THIRD REQUEST)** |

The parties, Plaintiff DESTINIE MULLEN ("**Plaintiff**") and Defendant NUGENT, LLC, a Nevada limited liability company d/b/a GREAT CLIPS ("**Defendant**"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

1.  That the close of Discovery currently set for November 24, 2020, be extended by a period of ninety (90) days, and become due on February 22, 2021 or as soon thereafter as the Court may allow:

2.  That all other discovery deadlines be extended ninety (90) days;

3.  That the Parties exchanged Initial Disclosures and written discovery requests;

4.  That the Parties exchanged responses to the written discovery request;

5.  That the Parties discussed Defendant amending their discovery responses and amended responses are anticipated to be forthcoming shortly;

6. That the Parties discussed Plaintiff amending her complaint to include an additional defendant.

7. Plaintiff's counsel was informed that a member of Defendant's law firm had been diagnosed as having the Coronavirus. Defendant's firm not only had to take the necessary time for recovery, but also had invest time in taking precautionary measures and ensuring no further spread. In turn, this has resulted in the necessity for additional time for case handling.

8. Plaintiff's counsel and Defendants' counsel have been in contact regarding the suitability of extending discovery in this matter based upon the limitations imposed on all counsel and parties due to COVID-19 pandemic resurging as well as delays in amending discovery responses, which are needed before any meaningful depositions can take place.

9. Both Plaintiff's and Defendant's counsel agree that an extension of the remaining discovery deadlines is warranted for this matter to be fully litigated on the merits and an extension is in the best interests of both the Parties and the Court.

10. Plaintiff recently learned of a new party to this matter, and on October 27, 2020, Plaintiff promptly filed a Motion to Amend the Complaint (ECF 31). Defense counsel has no objection to Plaintiff's Motion, and as such, additional time is needed to Amend the Complaint and bring in the additional party.

11. The Parties have the following depositions outstanding: Plaintiff and Person Most Knowledgeable for Defendant. The Parties have not taken those depositions because the Parties would prefer to have all parties added via the Amended Complaint and complete the exchange of written discovery before taking depositions. Without the amended Complaint and complete exchange of written discovery, the depositions will not be as meaningful.

12. The parties are confident that with the additional time, that a resolution may be reached after the amended responses are provided and depositions are conducted.

13. That good cause exists for the request for the Discovery deadline to be extended until February 22, 2021 for the above-specified reasons.

14. All parties believe the requested extension is warranted under the current circumstances and will not result in undue delay in the administration of this cause.

15. This is the third request for an extension of the Scheduling Order in this matter and is made in compliance with Local Rule 26.3.

Dated this 30 day of November 2020.               Dated this 30 day of November 2020.

**HKM Employment Attorneys LLP**                  **TCM Law Firm**

*/s/ Jenny L. Foley*                              */s/ Thomas C. Michaelides*
Jenny L. Foley, Ph.D., Esq.                       Thomas C. Michaelides, Esq.
Nevada Bar No. 9017                               Nevada Bar No. 5425
1785 East Sahara Ave., Suite 300                  1614 South Maryland Parkway
Las Vegas, Nevada 89104                           Las Vegas, Nevada 89104
*Attorney for Plaintiff*                          *Attorney for Defendant*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 30, 2020