UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DESTINIE MULLEN, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>NUGENT, LLC, a Nevada limited liability company d/b/a GREAT CLIPS, DOES I -X; and ROE CORPORATIONS I -X.<br><br>Defendant. | Case No. 2:19-cv-01109-GMN-EJY<br><br>**ORDER** |

Before the Court is Plaintiff Destinie Mullen's Motion for Leave to Amend (ECF No. 31) and File Proposed Second Amended Complaint. ECF No. 34. No response to Plaintiff's Motion was filed.

In her Motion, Plaintiff explains she filed for leave to amend only after receiving the Franchise Agreement between Defendant Nugent, LLC. and Great Clips Inc., as this is when she first learned Great Clips "was in fact a proper party because of their role in providing workplace free from discrimination and retaliation." ECF No. 34 at 2. Plaintiff also establishes that her request is timely under the scheduling order governing this matter, there is no evidence of bad faith or dilatory motive, and that good causes exists to allow the amendment.

Rule 15(a)(2) of the Federal Rules of Civil Procedure directs courts to freely grant motions to amend "when justice so requires." Moreover, the United States District Court for the District of Nevada Local Rule 7-2(d) states, in pertinent part: "The failure of an opposing party to file points and authorities in response to any motion, …, constitutes a consent to the granting of the motion."

Accordingly, IT IS HEREBY ORDERED that Plaintiff Destinie Mullen's Motion for Leave to Amend … and File Proposed Second Amended Complaint (ECF No. 34) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall separate Exhibit 1 from ECF No. 34 (ECF No. 34-1) and file the same.

1 | IT IS FURTHER ORDERED that Defendant shall file a response to the Second Amended
2 | Complaint within 14 days of the date of this Order.
3 | Dated this 22th day of February, 2021

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE