1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
3  300 S. Fourth Street, Suite 1500
   Las Vegas, NV  89101
4  Telephone:  (702) 252-3131
   E-Mail Address:  smahoney@fisherphillips.com
5  Attorneys for Defendant, Nugent, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DESTINIE MULLEN, an individual; | ) Case No.  2:19-cv-01109-GMN-EJY |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **EXTEND TIME TO AMEND** |
| v. | ) **ANSWER TO SECOND AMENDED** |
| | ) **COMPLAINT** |
| NUGENT, LLC a Nevada limited liability company d/b/a GREAT CLIPS, DOES I-X; and ROE CORPORATIONS I-X. | )        **(First Request)** |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the Defendant Nugent, LLC shall have up to and including May 28, 2021 to amend, if it deems necessary, its Answer to Second Amended Complaint (ECF No. 48). This is the first request for an extension of this deadline.  The current Answer was filed just before current defense counsel substituted in as counsel for Nugent, and additional time is needed to review the case facts to determine if any changes to the Answer are

needed from new counsel's perspective.

| | |
|---|---|
| FISHER & PHILLIPS | HKM EMPLOYMENT ATTORNEYS LLP |
| By: /s/ Scott M. Mahoney, Esq.<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas. NV 89101<br>Attorney for Defendant | By: /s/ Jenny L. Foley, Ph.D, Esq.<br>Jenny L. Foley, Ph.D, Esq.<br>1785 E. Sahara, Ste. 300<br>Las Vegas, NV 89104<br>Attorneys for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 5, 2021

FP 40442494.1