1  **JENNY L. FOLEY, Ph.D., ESQ.**
   Nevada Bar No. 9017
2  E-mail: jfoley@hkm.com
   **HKM EMPLOYMENT ATTORNEYS LLP**
3  1785 East Sahara, Suite 325
   Las Vegas, Nevada 89104
4  Tel: (702) 805-8340
   Fax: (702) 805-8340
5  *Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| DESTINIE MULLEN, an Individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NUGENT, LLC, a Nevada limited liability company; GREAT CLIPS INC, a foreign corporation, DOES I-X; and ROE CORPORATIONS I-X.<br><br>　　　　　　Defendants. | **CASE NO.: 2:19-cv-01109-GMN-GWF**<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

　　　Plaintiff, DESTINIE MULLEN, ("Plaintiff"), Defendant, NUGENT, LLC ("Nugent"), and Defendant, GREAT CLIPS, INC. ("Great Clips"), by and through their counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

///

///

///

///

///

Page **1** of **2**

The parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

| | |
|---|---|
| Dated:  August 24, 2021 | Date: August 24, 2021 |
| HKM EMPLOYMENT ATTORNEYS LLP | FISHER & PHILLIPS LLP |
| By: */s/ Jenny L. Foley*<br>JENNY L. FOLEY, Ph.D., ESQ.<br>Nevada Bar No. 9017<br>E-mail: jfoley@hkm.com<br>1785 East Sahara, Suite 300<br>Las Vegas, Nevada 89104<br>Telephone: (702) 805-8340<br>Facsimile: (702) 805-8340 | By: */s/ Scott M. Mahoney*<br>SCOTT M. MAHONEY, ESQ.<br>Nevada Bar No. 1099<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, NV 89101<br>Telephone: (702) 252-3131<br>E-Mail: smahoney@fisherphillips.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant, Nugent, LLC* |

Dated:  August 24, 2021

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  */s/ Suzanne L. Martin*
SUZANNE L. MARTIN, ESQ.
Nevada Bar No. 8833
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169

*Attorneys For Defendant Great Clips, Inc.*

**IT IS SO ORDERED.**

Dated this   24   day of August, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT